1 |                                                    Hon. Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DIRECTV, INC., a California corporation, | No. 3:10-cv-05453 RBL |
| Plaintiff, | [~~PROPOSED~~] PRELIMINARY INJUNCTION RE: BURCHARD DEFENDANTS |
| v. | |
| JAMES BRYANT BURCHARD; CAMERON BURCHARD; ABLE COMMUNICATIONS, INC., an Oregon corporation; LEE WESTERMAN; and JOHN DOES 1 - 5, | Noted on Motion Calendar: July 23, 2010 |
| Defendants. | |

THIS MATTER comes before the Court upon Plaintiff DIRECTV's Motion for a Preliminary Injunction enjoining certain activities of defendants James Bryant Burchard and Cameron Burchard (the "Burchard Defendants"). Having reviewed the materials submitted, and being fully advised, the Court hereby rules as follows:

(1) DIRECTV's request for the entry of a Preliminary Injunction is GRANTED pursuant to this Court's authority under Federal Rule of Civil Procedure 65, 47 U.S.C. § 605(e)(3)(B)(i), 18 U.S.C. § 2520(b)(1) and RCW 9A.56.250(4). The Court finds that DIRECTV has carried its burden of showing (a) a substantial likelihood of success on the

[PROPOSED] PRELIMINARY INJUNCTION RE:
BURCHARD DEFENDANTS
No. 3:10-cv-05453 RBL -- Page 1

YARMUTH WILSDON CALFO
818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800  F 206.516.3888

1  merits; (b) that DIRECTV will suffer irreparable injury without the Preliminary Injunction;
2  c) that the balance of equities tips in its favor, and (d) that the injunction is in the public
3  interest.

4      (2)    The Burchard Defendants and their officers, agents, servants, employees,
5  attorneys and other persons who are in active concert or participation with the Burchard
6  Defendants are hereby ENJOINED and RESTRAINED from engaging in any of the
7  following acts or practices:

8          (a)    Receiving or assisting others in receiving DIRECTV satellite
9          television programming.

10         (b)    Creating new DIRECTV customer accounts.

11         (c)    Installing, operating or selling DIRECTV satellite receiving
12 equipment, including satellite dishes, receivers, access cards and other
13 equipment intended for DIRECTV's satellite television services.

14     (3)    This Preliminary Injunction takes effect immediately and shall remain in
15 effect pending the trial in this action or further order of this Court.

16     (4)    DIRECTV shall post bond in the amount of $0 on or before
17 _____, 2010, shall satisfy any claims relating to the Preliminary Injunction.

18

19 DATED: July 30, 2010.

20

21                 Hon. Ronald B. Leighton
                United States District Judge

[PROPOSED] PRELIMINARY INJUNCTION RE:
BURCHARD DEFENDANTS
No. 3:10-cv-05453 RBL -- Page 2

YARMUTH WILSDON CALFO
818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800  F 206.516.3888

Presented by:

**YARMUTH WILSDON CALFO PLLC**

By: */s/ John H. Jamnback*
   Scott T. Wilsdon, WSBA No. 20608
   John H. Jamnback, WSBA No. 29872
818 Stewart Street, Suite 1400
Seattle, Washington 98101
206.516.3800
206.516.3888 (facsimile)
wilsdon@yarmuth.com
jjamnback@yarmuth.com

Attorneys for Plaintiff DIRECTV, Inc.

[PROPOSED] PRELIMINARY INJUNCTION RE:
BURCHARD DEFENDANTS
No. 3:10-cv-05453 RBL -- Page 3

YARMUTH WILSDON CALFO
818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800  F 206.516.3888