1                                                              Hon. Ronald B. Leighton

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
9                               AT TACOMA

10
     DIRECTV, INC., a California
11   corporation,                                  No. 3:10-cv-05453 RBL

12                          Plaintiff,             ORDER GRANTING PLAINTIFF
                                                   DIRECTV, INC.'S MOTION FOR
13         v.                                      ENTRY OF DEFAULT JUDGMENT,
                                                   PERMANENT INJUNCTION AND
14   JAMES BRYANT BURCHARD;                        REQUEST FOR ATTORNEY'S FEES
     CAMERON BURCHARD; ABLE                        AND COSTS
15   COMMUNICATIONS, INC., an Oregon
     corporation; LEE WESTERMAN; and
16   JOHN DOES 1 - 5,

17                          Defendants.

18

19         THIS MATTER comes before the Court upon Plaintiff DIRECTV's Motion for

20   Entry of Default Judgment against defaulted Defendants James Burchard, Cameron

21   Burchard, Ryan Burchard, Reed Burchard, and Advanced Digital Technologies, LLC (the

22   "Burchard Defendants").  Having reviewed the materials submitted and being fully advised,

23   and having previously entered a default against the Burchard Defendants, the Court hereby

24   GRANTS Plaintiff's motion.

25         1.      The Court finds that the Burchard Defendants received and decrypted

26   Plaintiffs' satellite transmission of television programming, and assisted, aided and abetted

YARMUTH WILSDON CALFO

818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

1  other persons in receiving Plaintiffs' satellite transmission of television programming

2  without authorization by or proper payment to Plaintiffs, in violation of Section 605(a) of

3  the Communications Act of 1934, as amended.

4      2.    Judgment is entered against the Burchard Defendants, jointly and severally,

5  in favor of Plaintiff DIRECTV in the amount of $3,000,000 pursuant to 47 U.S.C. §

6  605(e)(3)(C)(i)(II), which amount reflects appropriate statutory damages suffered by

7  plaintiff DIRECTV.

8      3.    Plaintiff DIRECTV is awarded its reasonable attorney's fees and costs

9  incurred in pursuing this judgment pursuant 47 U.S.C. § 605(e)(3)(B)(iii) against the

10  Burchard Defendants, jointly and severally, in an amount to be determined pursuant to Fed.

11  R. Civ. P. 54(d).

12      4.    In addition to its authority under Federal Rules of Civil Procedure, this Court

13  is authorized to grant injunctive relief under the federal statutes upon which this action is

14  brought, including 47 U.S.C. § 605(e)(3)(B)(i).   For the foregoing reasons, the Court

15  hereby enters the following Permanent Injunction against the Burchard Defendants:

16  **PERMANENT INJUNCTION**

17      1.    Pursuant to this Court's authority under Federal Rule of Civil Procedure

18  65, 47 U.S.C. § 605(e)(3)(B)(i), the Burchard Defendants, and their officers, agents,

19  servants, employees, attorneys and other persons who are in active concert or

20  participation with the Burchard Defendants, are hereby permanently ENJOINED and

21  RESTRAINED from engaging in any of the following acts or practices:

22      (a)    Receiving or assisting others in receiving DIRECTV satellite

23  television programming.

24      (b)    Creating new DIRECTV customer accounts.

25

26

[PROPOSED] ORDER GRANTING DEFAULT JUDGMENT
AGAINST THE BURCHARD DEFENDANTS
No. 3:10-cv-05453 RBL -- Page 2

YARMUTH WILSON CALFO
818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800  F 206.516.3888

1          (c)     Installing, operating or selling DIRECTV satellite receiving

2  equipment, including satellite dishes, receivers, access cards and other

3  equipment intended for DIRECTV's satellite television services.

4        2.     The Burchard Defendants, and any persons or entities controlled directly or

5  indirectly by them, are hereby permanently ENJOINED and RESTRAINED from:

6          (a)     investing or holding any financial interest in any enterprise which the

7  defendants know is now, or planning in the future, to engage in any of the activities

8  prohibited by this Permanent Injunction; or

9          (b)     knowingly allowing any persons or entities which he or she controls,

10  either directly or indirectly, to engage in any of the activities prohibited by this

11  Permanent Injunction.

12        3.     In the event that the Burchard Defendants become aware that an enterprise in

13  which they have invested or hold any financial interest is engaged in any of the activities

14  prohibited by this Permanent Injunction, the Burchard Defendants shall immediately divest

15  themselves of any such investment or financial interest.

16        4.     The Court shall retain jurisdiction to entertain such further proceedings and

17  to enter such further orders as may be necessary or appropriate to implement and/or enforce

18  the provisions of this Permanent Injunction.

19        5.     Upon proof of any violations by the Burchard Defendants of the provisions

20  of this Permanent Injunction, the Court shall be authorized to award damages and other

21  relief to DIRECTV therefore.

22        DATED this 26th day of May, 2011.

23

24                    _____

25                    RONALD B. LEIGHTON

                      UNITED STATES DISTRICT JUDGE

26

[PROPOSED] ORDER GRANTING DEFAULT JUDGMENT
AGAINST THE BURCHARD DEFENDANTS
No. 3:10-cv-05453 RBL -- Page 3

YARMUTH WILSON CALFO
818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Presented by

**YARMUTH WILSDON CALFO PLLC**


By:   */s/ John H. Jamnback*
      Scott T. Wilsdon, WSBA No. 20608
      John H. Jamnback, WSBA No. 29872
818 Stewart Street, Suite 1400
Seattle, Washington  98101
206.516.3800
206.516.3888 (facsimile)
wilsdon@yarmuth.com
jjamnback@yarmuth.com

Attorneys for Plaintiff DIRECTV, Inc.

[PROPOSED] ORDER GRANTING DEFAULT JUDGMENT
AGAINST THE BURCHARD DEFENDANTS
No. 3:10-cv-05453 RBL -- Page 4